1  Daniel J. Treuden, Cal. St. Bar # 235919
2  The Bernhoft Law Firm, S.C.
   1220 Colorado Street, Suite 440
3  Austin, Texas 78701
4  (512) 582-2100 telephone
   Attorney for the Plaintiff
5

6
                UNITED STATES DISRICT COURT
7               SOUTHERN DISTRICT OF CALIFORNIA

8                                            )
9  THE BERNHOFT LAW FIRM, S.C.,              )
                                             )
10            Plaintiff,                     )   Case No. '12CV1608 W    BLM
11                                           )
              v.                             )   **Breach of Contract**
12                                           )
13 BLAINE POLLOCK,                           )
                                             )
14            Defendant,                     )
15                                           )

16                        **COMPLAINT**

17     The Bernhoft Law Firm, S.C. (the "Firm") hereby files this complaint
18 against the defendant Blaine Pollock ("Pollock") for breach of contract.  The Firm
19 seeks damages in the amount of $138,351.58 plus interest at 18% per annum for
20 any amounts more than 30 days past due.

21                          **PARTIES**

22     1.    The Firm is a Wisconsin service corporation (akin to California's
23 professional corporation) with a principal business address of 1220 Colorado
24 Street, Suite 440, Austin, Texas 78701.  The name of the corporation is "The Law
25 Office of Robert G. Bernhoft, S.C. d/b/a The Bernhoft Law Firm, S.C."  The Firm
26 is registered with the State of California to do business in California as a foreign
27

                                    1
                                COMPLAINT

corporation under the following name: "The Bernhoft Law Firm. P.C." At the time the contract at issue in this case was entered into and at all times that the Firm represented Pollock, the Firm's business address was 207 E. Buffalo Street, Suite 600, Milwaukee, Wisconsin 53202.

2. Pollock is a resident of California with an address of 2822 Lake Crest Court, Chula Vista, California 91915.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

4. The Firm is a citizen of the state of Wisconsin.

5. Pollock is a citizen of the state of California.

6. The amount in controversy is greater than $75,000.00.

7. Venue is proper in the Southern District of California because Pollock's residence is at 2822 Lake Crest Court, Chula Vista, California 91915, located in San Diego County, and the legal representation was principally performed in San Diego County.

## FACTUAL ALLEGATIONS

8. On August 11, 2011, Pollock entered into a contract with the Firm wherein the Firm agreed to provide Pollock with legal services and Pollock agreed to pay the Firm on an hourly basis for the work performed within a range of hourly rates and Pollock agreed to reimburse the Firm or pay for any costs incurred in furtherance of the legal representation's goals.

9. A true and correct copy of the contract is attached as Exhibit A to this Complaint.

10. On October 12, 2011, Pollock terminated the Firm and proceeded with new counsel.

11. The Firm, through its employees and agents, performed the work contemplated by the Contract and provided Pollock with periodic updates of the work performed and the costs incurred.

12. Periodic billing invoices were issued approximately twice per month beginning in late August until the last invoice was sent on December 16, 2011.

13. The final balance due for work performed and expenses and costs incurred was $138,351.58.

14. To date, this balance remains unpaid.

15. Interest is due at 18% per annum on balances outstanding more than thirty days.

16. Interest is due on $44,414.00 beginning November 6, 2011 (which is thirty days after the October 7, 2011 invoice);  interest is due on $3,650.00 beginning on December 8, 2011 (which is thirty days after the November 8, 2011 invoice);  and interest is due on $90,287.58 beginning on January 15, 2012 (which is thirty days after the December 16, 2011 invoice).

### FIRST CAUSE OF ACTION AGAINST POLLOCK FOR BREACH OF CONTRACT

17. The Firm incorporates the introduction and ¶¶ 1-16 into this cause of action.

18. A valid contract exists as evidenced by Exhibit A.

19. The Firm performed substantial work and incurred substantial costs pursuant to the contract.

20. Pollock has breached the contract by failing to pay the remaining balance due and the Firm was damaged by Pollock's failure to pay the remaining balance due.

## PRAYER FOR RELIEF

21. The Firm prays this Court enter Judgment against Pollock and in the Firm's favor for:

    (A)    an award of $138,351.58 in damages;

    (B)    an award of interest in the amount of 18% per annum;

    (C)    to make all other necessary orders to give necessary effect to the court's judgment as equity and law might require.

Respectfully submitted this 28th day of June, 2012.

THE BERNHOFT LAW FIRM, S.C.
Attorneys for the Plaintiff, The Bernhoft Law Firm, S.C.

 /s/ Daniel J. Treuden
Daniel J. Treuden, Cal. Bar No. 269351
1220 Colorado Street, Suite 440
Austin, Texas 78701
(512) 582-2100  telephone
(512) 373-3159  facsimile
djtreuden@bernhoftlaw.com