Daniel J. Treuden, Cal. St. Bar # 235919
The Bernhoft Law Firm, S.C.
1220 Colorado Street, Suite 440
Austin, Texas 78701
(512) 582-2100 telephone
Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BERNHOFT LAW FIRM, S.C., <br><br> Plaintiff, <br><br> v. <br><br> BLAINE POLLOCK, <br><br> Defendant. | Case No.  3:12-cv-1608-W-BLM <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge:  Hon. Thomas J. Whelan <br> Courtroom 7 – Third Floor <br> Hearing Date:  September 30, 2013 <br> Hearing Time:  NO ORAL ARGUMENT PER LOCAL RULE 7.1(d)(1) |

   TO THE COURT and all parties:  PLEASE TAKE NOTICE that the parties have settled this matter.  On July 26, 2013, the parties executed a settlement agreement that fully resolves this litigation.  As part of the agreement, The Bernhoft Law Firm, S.C. is filing the instant Notice of Settlement, and contemporaneously moving for voluntary dismissal of the case.

1  Respectfully submitted this 15th day of August, 2013.

2

3  THE BERNHOFT LAW FIRM, S.C.
   Attorneys for the Plaintiff, The Bernhoft Law Firm, S.C.

4

5

6   /s/ Daniel J. Treuden
   Daniel J. Treuden, Cal. Bar No. 269351
7  1220 Colorado Street, Suite 440
   Austin, Texas 78701
8  (512) 582-2100  telephone
   (512) 373-3159  facsimile
9
   djtreuden@bernhoftlaw.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2
NOTICE OF SETTLEMENT

Daniel J. Treuden, Cal. St. Bar # 235919
The Bernhoft Law Firm, S.C.
1220 Colorado Street, Suite 440
Austin, Texas 78701
(512) 582-2100 telephone
Attorney for the Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BERNHOFT LAW FIRM, S.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLAINE POLLOCK, ) <br> ) <br> Defendant. ) <br> ) | Case No.  3:12-cv-1608-W-BLM <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Hon. Thomas J. Whelan <br> Courtroom 7 – Third Floor <br> Hearing Date: September 30, 2013 <br> Hearing Time: NO ORAL ARGUMENT PER LOCAL RULE 7.1(d)(1) |

**CERTIFICATE OF SERVICE**

I, Daniel J. Treuden, the undersigned, hereby certify that this document was served on Blaine Pollock at the following addresses via U.S. Mail, first class postage prepaid on this 15th day of August, 2013.

Blaine Pollock                          Blaine Pollock
Three Rivers Provider Network           2822 Lake Crest Court
910 Hale Place, Suite 101               Chula Vista, CA 91915
Chula Vista, CA 91914

Respectfully submitted this 15th day of August, 2013.

 /s/ Daniel J. Treuden
Daniel J. Treuden

3
NOTICE OF SETTLEMENT